1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DANNY M. VALDEZ,                    |   Case No. EDCV 15-2432 RSWL (SS)

12                  Petitioner,

13        v.                                              **JUDGMENT**

14   ROBERT FOX,

15                  Respondent.

16

17        Pursuant  to  the  Court's  Order  Accepting  Findings,

18   Conclusions  and  Recommendations  of  United  States  Magistrate

19   Judge,

20

21        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22   dismissed with prejudice.

23

24   DATED:   10/7/2016

                                        s/ RONALD S.W. LEW
25                                       _____
                                        RONALD S.W. LEW
26                                       UNITED STATES DISTRICT JUDGE

27

28